**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**GEORGE R. LOSURE,**

    **Plaintiff,**

v.                              Case No. 2:05-cv-502-FtM-29SPC

**CAPITAL ONE SERVICES, INC.; NCO**
**FINANCIAL SYSTEMS, INC.,**

    **Defendants.**
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, GEORGE LOSURE, moves this Honorable Court for an Order Dismissing this matter with Prejudice and states in support thereof:

1. Plaintiff and Defendants have amicably resolved all issues.

2. The parties have agreed to the dismissal of this matter with prejudice, each side to bear their own attorney's fees and costs.

WHEREFORE, for the foregoing reasons, the Plaintiff prays this Honorable Court will enter an Order Dismissing this matter with Prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Plaintiff's Unopposed Motion to Dismiss was served, on this 22nd day of March, 2006, electronically to:

Elizabeth Kathryn Fite
Elizabeth.fite@fitelaw.com
15316 N. Florida Avenue
Suite 100
Tampa, Florida  33613-1257

And

Jobie Birr,
jbirr@mcguirewoods.com

1

>The Dellutri Law Group, P.A.
>
>By: /s/ Carmen Dellutri
>Carmen Dellutri
>FBN:  0044385
>Amanda Wiggins
>FBN: 231400
>1436 Royal Palm Square Boulevard
>Fort Myers, Florida  33919
>Phone: 239-939-0900
>Fax: 239-939-0588
>E-mail: Cdellutri@Dellutrilawgroup.com